UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MARTINEZ, | |
| Plaintiff, | Case No. 2:18-cv-00789 DSC |
| v. | |
| XPRESS BET, LLC., | |
| Defendant. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby agrees to voluntarily dismiss the pending lawsuit against Defendant with prejudice. Each party shall bear its own costs.

Dated: January 28, 2019

Respectfully submitted,

/s/ Christi Wallace
CHRISTI WALLACE, ESQUIRE
Kraemer, Manes & Associates, LLC
US Steel Tower, 48th Floor
600 Grant Street, Suite 4875
Pittsburgh, PA  15219
cw@lawkm.com

SO ORDERED:

*[signature]*

Honorable Judge David Stewart Cercone

2/4/19